UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Gregory S. Goodyear,

           Plaintiff,

-vs-                                                Case No. 2:11-cv-127-FtM-36SPC

The State of Florida Department of Children and Family, Harriet Coleman, Charity Williams, Sara Thompson, Sally Kreuscher, Marla Timmons, and Eric Felton ,

           Defendants.
_____/

**ORDER**

      This matter comes before the Court on upon review of the Plaintiff, Gregory S. Goodyear's Complaint (Doc. #1) filed on March 10, 2011. In his Complaint, the Plaintiff continuously uses his child's full name. Based upon the information provided in the Complaint, the child is only fourteen (14) years old and, therefore a minor. The Administrative Procedures for Electronic Filing in Civil and Criminal Cases for the United States District Court for the Middle District of Florida requires any filing containing the name of a person known to be a minor child be redacted to only include the minor child's initials for privacy and protection. Riley v. Goodblatt, 2009 WL 1531012 * 6 (M.D. Fla. May 29, 2009). The Plaintiff's pleading is due to be stricken from the record for failing to comply with the Court's filing procedures. The Plaintiff is given leave to file an amended copy of his Complaint using only the minor child's initials.

      Accordingly, it is now

      **ORDERED:**

The Plaintiff, Gregory S. Goodyear's Complaint (Doc. #1) is hereby **STRICKEN**, from the record.

(1) The Plaintiff has up to and including **April 4, 2011**, to file an Amended Complaint using only the minor child's initials.

(2) The Clerk of the Court is directed to return the original Complaint (Doc. # 1) to the Plaintiff Gregory S. Goodyear 1016 SW 37th Terrace, Cape Coral, FL 33914 once the Amended Complaint is filed.

**DONE AND ORDERED** at Fort Myers, Florida, this ___15th___ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record