UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Gregory S. Goodyear,

          Plaintiff,

-vs-                                            Case No.  2:11-cv-127-FtM-36SPC

The State of Florida Department of Children and Family, Harriet Coleman, Charity Williams, Sara Thompson, Sally Kreuscher, Marla Timmons, and Eric Felton,

          Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Order of Service of Summons (Doc. #8) filed on May 17, 2011.  Plaintiff *pro se* informs the Court that he has been unable to serve the Defendants in this case and requests that the Court issue and service summons on the Defendants in this matter.  Plaintiff has not been granted *in forma pauperis* status.

The Motion is due to be denied.  It is Plaintiff's obligation to serve all Defendants in this action as he has not applied for or been granted indigent status.  Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Order of Service of Summons (Doc. #8) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of May, 2011.

                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record