**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

Gregory S. Goodyear,

    Plaintiff,

-vs-                  Case No. 2:11-cv-127-FtM-36SPC

The State of Florida Department of Children and
Family, Harriet Coleman, Charity Williams, Sara
Thompson, Sally Kreuscher, Marla Timmons, and
Eric Felton ,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Gregory S. Goodyear's Motion for Extension of Time to Serve Defendants (Doc. #10) filed on July 6, 2011. The Plaintiff moves the Court for an additional sixty (60) days to serve the Defendants. As grounds, he states that he has had difficulties in serving the Defendants and now seeks to hire a professional process server. Based on the Plaintiff's Motion, the Court finds good cause to grant the extension of time to serve.

The Plaintiff also moves the Court for an extension of time to amend his Complaint arguing that the Defendant has committed several other situations of misconduct since the Complaint was filed on March 11, 2011. Under rule 15(a), a party may amend the party's pleading as a matter of course within twenty-one (21) days after serving it or if the pleading is one which a responsive pleading is required twenty-one (21) days after service of the responsive pleading or twenty-one (21) days after service of a motion under Rule 12(b), (e), or (f) whichever, is earlier. Fed. R. Civ. P. 15(a)(1). Otherwise, the Party must seek leave of court or written consent of the adverse party in

order to amend the pleading. Fed. R. Civ. P. 15(a)(2). In this instance, the Complaint has not yet been served nor is there a case management and scheduling order in place creating a deadline limiting the time to amend, therefore, the Plaintiff's Motion for an extension of time to amend his Complaint is moot. The Court, in an effort to promote judicial economy, suggests that it is in the best interest of all parties concerned if the Plaintiff would amend his Complaint prior to serving all of the Defendant's.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Gregory S. Goodyear's Motion for Extension of Time to Serve Defendants (Doc. #10) is **GRANTED in part and DENIED in part.**

(1) The Plaintiff, Gregory S. Goodyear, has up to and including **September 9, 2011**, to effect service upon the Defendants.

(2) The Plaintiff, Gregory S. Goodyear's Motion for Extension of Time to Amend His Complaint is **DENIED as moot** since the Plaintiff has time under the Federal Rules to Amend.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record